IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CNH INDUSTRIAL CAPITAL AMERICA, LLC, | * |
| | * |
| Plaintiff, | Case No. 7:19-CV-143 |
| v. | * |
| NASHVILLE TRACTOR, INC., RICKEY S. CARTER, and WEEKS FARM MACHINERY AUCTION, INC., | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 28, 2022 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff as follows: Count I of the First Amended and Restated Complaint in the principal sum of $990,460.64, interest as of November 30, 2020 in the amount of $216,323.47, attorney's fees in the amount of $25,000.00. On Count II of the First Amended and Restated Complaint in the amount of $2,461,080.80, which amount is included in the judgment to be entered on Counts I, III and IV. On Counts III and IV of the First Amended and Restated Complaint in the principal amount of $1,254,296.69, attorney's fees in the amount of $20,000.00.   The amounts shall accrue interest from the date of entry of judgment at the rate of 2.02 % per annum until paid in full.

This 6th day of June, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk