IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CNH INDUSTRIAL CAPITAL AMERICA LLC, | * |
| | * |
| Plaintiff, | Case No.   7:19-CV-143(HL) |
| v. | * |
| NASHVILLE TRACTOR, INC., et al, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 6, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of July, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk