IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CNH INDUSTRIAL CAPITAL AMERICA LLC, | * |
| | * |
| Plaintiff, | Case No.   7:19-CV-143(HL) |
| v. | * |
| NASHVILLE TRACTOR, INC., et al, | * |
| Defendants. | * |

## **AMENDED JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 60(a) and this Court's Order dated July 6, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing:

(1) with prejudice, all claims of CHN Industrial Capital America, LLC against Weeks Farm Machinery Auction, Inc;

(2) without prejudice, all claims of CNH Industrial Capital America, LLC against Nashville Tractor, Inc. and Rickey S. Carter, as outlined in Count VI of the First Amended Complaint, leaving intact the Consent Judgment issued in favor of CNH Industrial Capital America, LLC against Nashville Tractor, Inc. and Rickey S. Carter on all other counts of the First Amended Complaint (Doc. 80);

(3) with prejudice, Weeks Farm Machinery Auction, Inc.'s counterclaim against CNH Industrial Capital America, LLC; and

(4) without prejudice, Weeks Farm Machinery Auction, Inc.'s crossclaim against Nashville Tractor, Inc. and Rickey S. Carter.

This 6th day of July, 2022.

                                                David W. Bunt, Clerk

                                                s/ Robin L. Walsh, Deputy Clerk